UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNCEY MORRIS,

     Plaintiff,

-vs-

NEWBERRY CORRECTIONAL
FACILITY, ET AL.,

     Defendants.
                                          /

No. 11-10938
District Judge Thomas L. Ludington
Magistrate Judge R. Steven Whalen

## ORDER

     Plaintiff's motion for extension of time [Doc. #94] to respond to Defendant Quinlan's motion to dismiss is hereby GRANTED. Plaintiff shall file a response to said motion [Doc. #91] on or before September 16, 2013.

     IT IS SO ORDERED.

Dated: August 28, 2013
                                    s/ R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 28, 2013, electronically and/or by U.S. mail.

                                    s/Michael Williams
                                    Case Manager to the
                                    Honorable R. Steven Whalen