UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNCEY MORRIS,

    Plaintiff,

-vs-                                No. 11-10938
                                      District Judge Thomas L. Ludington
NEWBERRY CORRECTIONAL       Magistrate Judge R. Steven Whalen
FACILITY, ET AL.,

    Defendants.
_____/

## ORDER

      Before the Court is a "Motion to Clarify Complaint" [Doc. #68] filed by Defendants Corizon Company, Stuart Campbell, Carl Keldie, Scott King and Jon Walker. All of these Defendants have been dismissed; that is all the clarification they need.

      Accordingly, the Motion to Clarify [Doc. #68] is DENIED AS MOOT.

      IT IS SO ORDERED.

Dated: August 28, 2013          s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 28, 2013, electronically and/or by U.S. mail.

                                                              s/Michael Williams
                                                              Case Manager to the
                                                              Honorable R. Steven Whalen