UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNCEY MORRIS,

    Plaintiff,

-vs-                                      No. 11-10938
                                          District Judge Thomas L. Ludington
                                          Magistrate Judge R. Steven Whalen

NEWBERRY CORRECTIONAL
FACILITY, ET AL.,

    Defendants.
_____ /

## AMENDED ORDER

Plaintiff's motion for extension of time [Doc. #94] to respond to Defendant Quinlan's motion to dismiss is hereby GRANTED. Plaintiff shall file a response to said motion [Doc. #91] on or before September 30, 2013.

IT IS SO ORDERED.

Dated: September 16, 2013        s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 16, 2013, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Case Manager to the
                                            Honorable R. Steven Whalen